UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR CLEAN GOVERNMENT - the Committee to Recall Scott Peters, an unincorporated association<br><br>                 Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, a public agency, and DOES 1 through 100, inclusive<br><br>                 Defendants,<br><br>and<br><br>SAN DIEGANS FOR SCOTT PETERS 2004,<br><br>                 Defendant-Intervenor | Civil No. 03cv1215 BEN (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

      On June 25, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Steve Haskins, Esq. Appearing for Defendant was Robert S. Walters, Esq.

      Settlement could not be reached in the case at this time.

///

///

///

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed on or before ***July19, 2007***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***July 30, 2007.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***August 3, 2007***;

4. Counsel are ordered to appear *on **August 14, 2007** at **2:00 p.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: June 26, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Copy to:

HONORABLE ROGER T. BENITEZ, U.S. DISTRICT JUDGE
ALL COUNSEL OF RECORD