FILED

2008 OCT 16 AM 8:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR CLEAN GOVERNMENT- the Committee to Recall Scott Peters, an unincorporated association<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a public agency, and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No. 03cv1215 BEN (WMC)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff CITIZENS FOR CLEAN GOVERNMENT - the Committee to Recall Scott Peters, an unincorporated association ("Plaintiff") and Defendant CITY OF SAN DIEGO ("the City"), jointly filed a joint motion to dismiss, captioned JOINT MOTION AND ORDER OF SETTLEMENT AND DISMISSAL ("Joint Motion"), in this case. The Parties represented and the Court finds that in consideration of payment of certain sums by the City to Plaintiff pursuant to negotiations during a mandatory settlement conference, the receipt of which was acknowledged as of the filing of the Joint Motion and Order of Settlement and Dismissal, the Plaintiff agrees to dismiss its Complaint and the Parties agree to bear their respective attorney's fees and other litigation costs in connection with this action.

1

1     The Parties' joint motion to dismiss is **GRANTED** and this action is hereby
2 **DISMISSED WITH PREJUDICE**.  The Parties shall each bear their own costs.
3
4
5 **IT IS SO ORDERED.**
6
7 DATED: October 15, 2008
8                                                 Hon. Roger T. Benitez
                                               United States District Court Judge